UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH
LITIGATION

14 **MD** 2543 (JMF)
**JUDGMENT**

This Document Relates To:
Clem v. General Motors LLC, 18-CV-8713
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2020

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 26, 2020, the Court is compelled to conclude that New GM is entitled to summary judgment on the ground that Ms. Clem previously released her claims. Accordingly, the Court need not and does not consider New GM's alternative ground for summary judgment, namely that Ms. Clem's claims are barred by California's statute of limitations. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal; judgment is entered in New GM's favor; accordingly, case number 18-CV-8713 is closed.

**Dated:** New York, New York
February 26, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY: *Mango*

**Deputy Clerk**